IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| FLORILLI TRANSPORTATION, LLC and PREMIER EQUIPMENT LEASING, LLC,<br><br>　　　Plaintiffs,<br><br>v.<br><br>CATERPILLAR INC.,<br><br>　　　Defendant. | Case No. 3:10-cv-125<br><br><br>**STIPULATION OF DISMISSAL** |

COME NOW Plaintiffs Florilli Transportation, LLC and Premier Equipment Leasing, LLC, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 41(a)(2), hereby dismiss with prejudice their claims in the above-captioned matter.  Each party shall be responsible for bearing its own costs this 2nd day of February, 2012.

　　　　　　　　　　　　　　　　**MILLER WEISBROD LLP**

　　　　By:　__/s/_____
　　　　　　　CLAY MILLER, *pro hac vice*
　　　　　　　WARREN M. ARMSTRONG, *pro hac vice*
　　　　　　　11551 Forest Central Drive, Suite 300
　　　　　　　Dallas, TX  75243
　　　　　　　Phone:  (214) 987-0005
　　　　　　　Fax:  (214) 987-2545
　　　　　　　cmiller@millerweisbrod.com
　　　　　　　warmstrong@millerweisbrod.com


　　　　　　　AND

1

RICCOLO & SEMELROTH, P.C.

Tim Semelroth AT0007057
John Riccolo AT0006656
Suite 1140, Plaza 425
425 Second Street SE
Cedar Rapids, Iowa 52401
Phone: (319) 365-9200
Fax:    (319) 365-1114
E-Mail: tsemelroth@riccololaw.com
E-mail: jriccolo@riccololaw.com

**ATTORNEYS FOR PLAINTIFFS**

BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.

By:         /s/
        Mark L. Tripp  AT0007897
        Jason T. Madden  AT0004973
        801 Grand Avenue, Suite 3700
        Des Moines, IA  50309-8004
        Phone:  (515) 243-4191
        Fax:  (515) 246-5808
        E-Mail:  tripp.mark@bradshawlaw.com
        E-Mail:  madden.jason@bradshawlaw.com

**ATTORNEYS FOR DEFENDANT**

3

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that on the 2nd day of February, 2012, a true and correct copy of the foregoing was served upon all counsels of record.

| | |
|---|---|
| Mark L. Tripp | VIA HAND DELIVERY \_\_\_\_\_ |
| Jason T. Madden | VIA U.S. MAIL \_\_\_\_\_ |
| Bradshaw, Fowler, Proctor & | VIA U.S. MAIL CMRRR \_\_\_\_\_ |
| Fairgrave, P.C. | VIA FACSIMILE \_\_X\_\_\_ |
| 801 Grand Avenue, Ste 3700 | VIA ELECTRONIC MAIL\_\_\_\_ |
| Des Moines, IA 50309 | |

    _____/s/_____
    Warren M. Armstrong